IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WALKER DIGITAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 11-313-SLR |
| | ) | |
| EXPEDIA, INC., AMAZON.COM, INC., | ) | |
| AMERICAN AIRLINES, INC., and | ) | |
| ZAPPOS.COM, INC., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| WALKER DIGITAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 12-140-SLR |
| | ) | |
| AMAZON.COM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| WALKER DIGITAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 12-141-SLR |
| | ) | |
| BARNES & NOBLE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

WALKER DIGITAL, LLC,         )
                                      )
        Plaintiff,          )
                                      )
     v.                    )     Civ. No. 12-142-SLR
                                      )
EXPEDIA, INC.,            )
                                      )
        Defendant.      )

# ORDER

At Wilmington this 19th day of June, 2013, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendants Amazon, Zappos, and Expedia, Inc.'s motion to dismiss under Rule 12(b)(1) for lack of standing (Civ. No. 11-313, D.I. 242) is granted.

2. Amazon and Zappos' motion for leave to file amended answers (Civ. No. 11-313, D.I. 258) is denied as moot.

3. Amazon's motion to dismiss under Rule 12(b)(1) for lack of standing (Civ. No. 12-140, D.I. 75) is granted.

4. Barnes & Noble, Inc.'s motion to dismiss under Rule 12(b)(1) for lack of standing (Civ. No. 12-141, D.I. 52) is granted.

5. Expedia, Inc.'s motion to dismiss under Rule 12(b)(1) for lack of standing (Civ. No. 12-142, D.I. 44) is granted.

_____
United States District Judge